**Mateo Bravo MEJIA, Petitioner,**

**Luisa Perez De Bravo,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 10–1405.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 17, 2010.

Filed: Aug. 24, 2010.

Mateo Bravo Mejia, Grand Island, NE, pro se.

Jeffrey Bernstein, Senior Litigation Counsel, Richard M. Evans, Assistant Director, Karen Yolanda Drummond, Virginia Lum, Tony West, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

**PER CURIAM.**

Guatemalan citizen Mateo Bravo Mejia petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and cancellation of removal. We conclude that the denial of asylum and withholding of removal was supported by substantial evidence on the record as a whole. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781 (8th Cir.2008) (standard of review). We cannot review the BIA's discretionary determination that Mejia failed to show his removal would result in exceptional and extremely unusual hardship to his child. *See Zacarias–Velasquez v. Mukasey,* 509 F.3d 429, 434 (8th Cir.2007) (this court lacks jurisdiction to review denial of cancellation of removal for failure to prove exceptional and extremely unusual hardship). Accordingly, the petition for review is denied.